AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY WILLIAMS<br><br>    Defendant. | Case No. 3:22-cv-00385-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Defendant, Interested Party, the Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrew C. Nelson, Deputy Attorney General, and Plaintiff, Carlos Vargas, *pro se*, hereby, stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

///

1

1  This Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the Parties' Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED: 2.7.23                             DATED: _____

                                          AARON D. FORD
                                          Attorney General

By: _____                 By: _____
    CARLOS VARGAS                             WILLIAM P. SHOGREN, Bar No. 14619
    *Plaintiff in pro se*                     Deputy Attorney General
                                              *Attorneys for Interested Party*
                                              *Nevada Department of Corrections*

2

This Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the Parties' Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED: this 7th day of February, 2023.     DATED: this 16th day of March, 2023.

AARON D. FORD
Attorney General

By: _____     By: /s/*Andrew C. Nelson*
      CARLOS VARGAS                                    Andrew C. Nelson Bar No. 15971
      *Plaintiff in pro se*                                         Deputy Attorney General
                                                                          *Attorneys for Interested Party*
                                                                          *Nevada Department of Corrections*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: March 16, 2023

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 16, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Carlos Vargas #1105068
c/o Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

*[signature]*
An employee of the
Office of the Attorney General